In re HAAP. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) In the matter of the judicial settlement of the accounts of Sarah E. Haap, as trustee under the will of George C. Maurer, deceased. No opinion. Decree affirmed, with costs.

HAJEK BROS. & CO., Respondents, v. THEODORE STARRETT CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Hajek Bros. & Co. against the Theodore Starrett Company, impleaded with others. S. D. Matthews, of New York City, for appellant. W. A. Shepard, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HALL, Respondent, v. FEDERAL TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Leoria H. Hall against the Federal Telephone & Telegraph Company. No opinion. Judgment and order affirmed, with costs.

In re HAMBURGER et al. (Supreme Court, Appellate Division, First Department. December 24, 1914.) In the matter of Samuel B. Hamburger and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 86 Misc. Rep. 540, 149 N. Y. Supp. 173.

HAMILTON PIPE WORKS, Inc., Respondent, v. ZELTMACHER, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by the Hamilton Pipe Works, Incorporated, against Roger A. Zeltmacher.

PER CURIAM. Order of September 26, 1914, modified, so that it shall modify the order of September 14, 1914, in this respect: The defendant is not enjoined from dealing with, or selling merchandise to, the persons, firms, and corporations who were customers of, and who purchased merchandise from, the firm known as Hamilton Pipe Works, of which defendant and one Zeichner were copartners provided that such sale is not the result of any solicitation on the part of said defendant, but that such persons, firms, and corporations seek him for the purpose of trade, without solicitation or invitation on his part. As so modified, the order appealed from is affirmed, without costs. Settle order before Mr. Justice Burr.

HAMMITT, Appellant, v. GAYNOR, Mayor, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by Joseph O. Hammitt against William J. Gaynor, Mayor, etc. W. E. Youker, of New York City, for appellant. E. C. Kindleberger, of New York City, for respondent. No opinion. Judgment (82 Misc. Rep. 196, 144 N. Y. Supp. 127) affirmed, with costs. Order filed.

In re HARRIS. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Michael H. Harris. No opinion. Additional charges referred to Hon. John J. Freedman, official referee. Settle order on notice. See, also, 159 App. Div. 907, 144 N. Y. Supp. 1119.

HART, Respondent, v. WICKERT, Appellant. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by Isabella Hart against Joseph H. Wickert. J. B. Henney, of New York City, for appellant. H. W. Unger, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HARTMAN, Respondent, v. CARMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Regina Hartman against William W. Carman. E. P. Mowton, of New York City, for appellant. G. A. Rogers, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 162 App. Div. 895, 146 N. Y. Supp. 1093.

HASTRICH, Appellant, v. PILCHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by William H. Hastrich, individually and as executor, etc., against Paul M. Pilcher and others. No opinion. Motion denied, without costs. See, also, 149 N. Y. Supp. 1086.

HATCH v. BUFFALO, L. & R. RY. CO. et al. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Action by Caroline W. Hatch against the Buffalo, Lockport & Rochester Railway Company and the New York State Railways, Rochester Lines. No opinion. Judgment and order affirmed, with costs.

HAVENDER v. BRODBECK. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Joseph Havender against Sophie Brodbeck. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 162.

HEDGES, Respondent, v. PIONEER IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Dayton Hedges against the Pioneer Iron Works. No opinion. Motion denied, without costs. See, also, 161 App. Div. 949, 146 N. Y. Supp. 1094.

In re HEINS et al. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) In the matter of the guardianship of Ernest A. Heins and another, infants.

PER CURIAM. Order of the Surrogate's Court of Westchester County modified, so as to provide that, beginning January 1st, the trustees shall pay to the general guardian, in the manner directed by the order, the sum of $300 per month, and the guardian shall render a detailed account to the surrogate up to the 1st

of May, 1915, as soon thereafter as the account may be prepared, to the end that the surrogate may at that time scrutinize the items of disbursements, and determine whether the allowance should be still further reduced, or whether the necessities of the children require an increase thereof, and the order, as so modified, is affirmed, without costs.

HENDERSON v. FREY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department.   November 11, 1914.)   Action by Agnes Henderson against John C. Frey and others, and Frank Thomas, appellant.   No opinion.  ·Judgment affirmed, with costs.

HERRESHOFF v. AMERICAN & BRITISH MFG. CO.   (Supreme Court, Appellate Division, First Department.   December 11, 1914.)   Action by William S. Herreshoff against the American & British Manufacturing Company.   No opinion.   Motion denied, with $10 costs. · Order filed.   See, also, 164 App. Div. 238, 149 N. Y. Supp. 703.

HERSHEY, Appellant, v. STEINER, Respondent.   (Supreme Court, Appellate Division, Fourth Department.   November 11, 1914.)   Action by Simon B. Hershey against Edward A. Steiner.   No opinion.   Judgment affirmed, with costs.

HITCHINGS et al., Appellants, v. NEW YORK, B. & M. B. RY. CO. et al., Respondents.   (Supreme Court, Appellate Division, Second Department.   November 27, 1914.)   Action by Hector M. Hitchings and others against the New York, Brooklyn & Manhattan Beach Railway Company and the Long Island Railroad Company.   No opinion.   Judgment and order affirmed, with costs.

HOISTING MACHINERY CO., Appellant, v. FEDERAL TERRA COTTA CO., Respondent.   (Supreme Court, Appellate Division, First Department.   December 24, 1914.)   Action by the Hoisting Machinery Company against the Federal Terra Cotta Company.   T. E. McEntegart, of New York City, for appellant.   F. C. Nickerson, of New York City, for respondent.   No opinion.   Order affirmed, with $10 costs and disbursements.   Order filed.

HOLBROOK v. FLUMERFELT et al.   (Supreme Court, Appellate Division, Third Department.   November 25, 1914.)   Action by Susan K. Holbrook against Edwin N. Flumerfelt and another.   No opinion.   Motion denied. See, also, 149 N. Y. Supp. 1087.

In re HORTON'S WILL.   (Supreme Court, Appellate Division, Second Department.   November 27, 1914.)   In the matter of the application for ancillary letters testamentary on the last will and testament of George W. Horton, late of the state of Ohio, deceased.   No opinion.   Decree of the Surrogate's Court of Westchester County affirmed, with costs.   See, also, 163 App. Div. 968, 970, 148 N. Y. Supp. 1121.

HOUSE et al. v. CLAYTON.   (Supreme Court, Appellate Division, First Department.   November 27, 1914.)   Action by Everett W. House and others against Frederick D. Clayton.   No opinion.   Motion denied, with $10 costs.   Order filed.   See, also, 149 N. Y. Supp. 1088.

HOWARD et al., Respondents, v. HOFFELD, Appellant.   (Supreme Court, Appellate Division, Fourth Department.   December 2, 1914.)   Action by Clarence M. Howard and others against Henry R. Hoffeld.   No opinion.   Judgment affirmed, with costs.

In re HOWELL.   (Supreme Court, Appellate Division, Second Department.   December 11, 1914.)   In the matter of the petition of Lloyd M. Howell to enforce an attorney's lien.   PER CURIAM.   Order modified, by striking out the costs, as we cannot say that the administratrix has unreasonably resisted the claim.   The terms of the order for payment should be in the form of a final order foreclosing a lien (Matter of King, 168 N. Y. 53, 60 N. E. 1054), without the present liability for contempt.   As thus modified, order affirmed, without costs to either party.

H. P. NELSON CO., Respondent, v. POPPENBERG, Appellant.   (Supreme Court, Appellate Division, Fourth Department.   November 25, 1914.)   Action by the ·H. P. Nelson Company against Gustav H. Poppenberg.   No opinion.   Motion to dismiss appeal denied, without costs, with leave to the parties to add the case at the foot of the present calendar upon stipulation.

HULL, Appellant, v. FIFTY-SECOND ST. STORAGE HOUSE, Inc., Respondent, et al.   (Supreme Court, Appellate Division, Second Department.   November 20, 1914.)   Action by Lawrence Hull, as trustee in bankruptcy of Clarence E. Hopkins, against the Fifty-Second Street Storage House, Incorporated, impleaded with others.   No opinion.   Order affirmed, with $10 costs and disbursements.

HUNTER, Respondent, v. ABNER M. HARPER, Inc., Appellant.   (Supreme Court, Appellate Division, Second Department.   December 4, 1914.)   Action by Henry Hunter against Abner M. Harper, Incorporated.   No opinion.   Judgment and order of the County Court of Orange County affirmed, with costs.

In re HUNT'S ESTATE.   (Supreme Court, Appellate Division, Fourth Department.   November 18, 1914.)   In the matter of the estate of Charlotte L. Hunt, deceased.   No opinion.   Motion granted to amend order of affirmance entered October 21, 1914, so as to award a bill of costs to each of the successful parties appearing on this appeal by separate attorneys, and one bill of costs to C. Stuart Myers, an infant, all payable out of the estate.   See, also, 82 Misc. Rep. 211, 143 N. Y. Supp. 997.